**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1168

CHARLES F. JOHNSON, JR.,

Plaintiff - Appellant,

v.

XAVIER BECCERA; BRENDA AMOAH, Kaiser Permanente Case Worker,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge.  (8:20-cv-02091-GJH)

Submitted:  August 24, 2023                    Decided:  August 28, 2023

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles F. Johnson, Jr., Appellant Pro Se.  Daniel Joseph Katz, KATZ & ASSOCIATES, Washington, D.C., for Appellee Brenda Amoah.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Charles F. Johnson, Jr., appeals the district court's orders dismissing his complaint and denying reconsideration.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Johnson v. Beccera*, No. 8:20-cv-02091-GJH (D. Md. Mar. 24, 2022; Jan. 27, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*